■ In the Matter of ALISHA V., a Person Alleged to be a Juvenile Delinquent, Appellant. [831 NYS2d 90]—Appeal from order of disposition, Family Court, Bronx County (Monica Drinane, J.), entered on or about July 12, 2005, unanimously dismissed as moot, without costs or disbursements. No opinion. Order filed. Concur—Tom, J.P., Marlow, Williams, Gonzalez and Catterson, JJ.